UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>2018 FORD F-150 CREW CAB XLT<br>VIN: 1FTEW1CP7JKD54655<br>Defendant. | § § § § § § § § | CIVIL ACTION NO. L-22-CV-067 |

## VERIFIED COMPLAINT FOR CIVIL FORFEITURE IN REM

The United States of America, Plaintiff, by and through the United States Attorney for the Southern District of Texas and the undersigned Assistant United States Attorney, files this action for forfeiture *in rem* against one 2018 Ford F-150 Crew Cab XLT, VIN#: 1FTEW1CP7JKD54655, hereinafter "Defendant Vehicle". The United States alleges on information and belief as follows:

*Jurisdiction and Venue*

1. This Court has jurisdiction pursuant to Title 28, United States Code, Sections 1345 and 1355. The Defendant Vehicle was seized in Webb County, Texas by agents of the Drug Enforcement Administration (DEA) and is located in the Southern District of Texas. Accordingly, Defendant Vehicle is within the jurisdiction of this Court.

2. Venue is proper in this Court pursuant to Title 28, United States Code, Sections 1355, 1391(b), and 1395(a) and (b).

*Statutory Basis for Forfeiture*

21 U.S.C. § 881(a)(4)

1

3. Title 21, United States Code, Section 881(a)(4) provides that all "conveyances, including aircraft, vehicles, or vessels, which are used, or are intended for use, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment" of a controlled substance that was "manufactured, distributed, dispensed, or acquired" in violation of the Controlled Substances Act. The Defendant Vehicle is subject to forfeiture to the United States pursuant to Title 21, United States Code, Section 881(a)(4) because the Defendant Vehicle was used to and intended to be used to facilitate the transportation, sale, receipt, possession, and concealment of cocaine, a controlled substance.

### *Factual Basis for Forfeiture*

4. On December 9, 2021, a DEA Confidential Source (CS) made contact with Nathan Hernan Serna (Serna) via Facebook Messenger to coordinate the purchase of two (2) kilograms of cocaine. On December 11, 2021, the CS contacted Serna via Facebook Messenger to inform him that the CS was in San Antonio, Texas, working on obtaining the money for the purchase of two kilograms of cocaine.

5. On December 13, 2021, the CS again contacted Serna to discuss the price per kilogram of cocaine. Serna agreed to sell $24,500.00 per kilogram of cocaine, with a total price of $49,000.00.

6. On December 16, 2021, DEA Agents set up surveillance at Serna's residence located at 2700 block of Corpus Christi Street, Laredo, Texas. At approximately 10:04 a.m., Agents saw a black Chevrolet Malibu arrive at the residence. A male, later identified as Felix Maldonado, Jr. (Felix), exited the vehicle and entered Serna's residence. A short time later, Felix departed the residence. At approximately 10:06 a.m., the CS contacted Serna via Facebook Messenger to coordinate a meeting to discuss details regarding the purchase of cocaine. Serna told the CS that

2

he was coordinating with his Source of Supply (SOS) to pick up the two kilograms of cocaine. At approximately 12:24 p.m., Serna contacted the CS and stated that the SOS was on his way to meet Serna with the narcotics.

7. At approximately 12:51 p.m., Agents saw a white Ford F-150 arrive at Serna's residence, followed by the Malibu. Agents saw Felix exit the Malibu carrying a black plastic bag containing two bundles of suspected cocaine. Agents also saw the driver of the white Ford F-150, the Defendant Vehicle, later identified as Daniel Maldonado (Daniel), exit the truck, and talk to Felix as they both entered Serna's residence. Moments later, Agents saw Serna exit the residence and board his blue Ford F-150. Surveillance followed Serna from his residence to the CS's residence. Agents instructed the CS to tell Serna that he was not home but instead at the Dorel Apartments on Bob Bullock Loop. After a few minutes, the surveillance followed Serna back to his residence. Agents saw Felix talking to Serna and Felix then went back into Serna's residence. A few moments later, both Felix and Daniel exited the residence and went to their respective vehicles. Agents noticed that Daniel was now carrying the black bag into the Defendant Vehicle.

8. At approximately 1:23 p.m., surveillance followed the three vehicles to Felix's residence. Agents then saw Felix exit the Malibu and enter the passenger side of the Defendant Vehicle. Surveillance then followed the two trucks to the Dorel Apartment complex. After 20 minutes, Agents saw the Defendant Vehicle depart the Dorel Apartment.

9. DEA then requested a Webb County Sheriff's Office (WCSO) Deputy to assist with a traffic stop. At approximately 1:59 p.m., Deputy Lozano conducted a traffic stop of the Defendant Vehicle. Deputy Lozano identified the driver as Daniel and the passenger as Felix. During the stop, Deputy Lozano requested consent to search the Defendant Vehicle and Daniel consented. Deputy Lozano noticed two plastic grocery bags on the passenger side floorboard.

3

Deputy Lozano requested permission to search the bags and Daniel replied that the Deputy could search anything inside the Defendant Vehicle. Deputy Lozano discovered that the second grocery bag contained two bundles of a white substance. Both bundles were wrapped in plastic wrap, but one was open. A U.S. Customs and Border Protection K-9 Agent arrived on scene and his service canine alerted to the odor and/or presence of narcotics on the second bag containing the bundles. Both Felix and Daniel were placed under arrest.

10. After rights advisement and waiver, Daniel admitted he knew the bundles found in the Defendant Vehicle contained cocaine. He admitted that Felix provides him with cocaine and that Felix had recruited him to drive when Felix was making cocaine deliveries. Daniel admitted that he normally received $200.00 to $400.00 in payment for driving. Daniel also admitted the drugs were not his and that Felix had brought the drugs from Felix's house.

11. After rights advisement and waiver, Felix admitted the two kilograms of cocaine came from a "friend," but later identified his supplier. Felix consented to the search of his residence and Agents seized approximately 16.9 grams of cocaine and $12,000.00 in United States Currency.

12. On January 12, 2022, a federal grand jury indicted Nathan Hernan Serna, Felix Maldonado, and Daniel Maldonado, in cause number 5:22-cr-52 for one count alleging a violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(B), Conspiracy to Possess with Intent to Distribute 500 grams or more of cocaine, and for one count alleging a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), Possession with Intent to Distribute 500 grams or more of cocaine.

13. On March 3, 2022, Daniel pleaded guilty to both counts one and two of the indictment without a plea agreement. Daniel submitted a written acceptance of responsibility statement to the Court, which he admitted in part:

> "On or about December 16, 2021, I met with Felix Maldonado, Jr. and Nathan Hernan Serna and I agreed to drive my white Ford F-150 truck and take Felix Maldonado, Jr. as a passenger in my vehicle. I knew that we were transporting two bundles of controlled substance (cocaine) inside my vehicle on that day. The two bundles of controlled substance were inside a grocery bag which was inside my truck. I committed this offense freely and voluntarily, knowing full well that possession of controlled substance (cocaine) is a crime."

14. On May 18, 2022, Daniel was sentenced to 18 months of imprisonment, to be followed by a 4-year term of supervised release, concurrently to both counts one and two.

15. The factual basis submitted by Daniel to the Court in support of his guilty plea and acceptance of responsibility establishes that the Defendant Vehicle was used to facilitate the receipt, possession, and transportation of cocaine concealed within the grocery bag found in the Defendant Vehicle.

16. By reason of the foregoing recitations, the Defendant Vehicle is subject to an Order of Forfeiture to the United States of America.

## NOTICE TO ANY POTENTIAL CLAIMANT

YOU ARE HEREBY NOTIFIED that if you assert an interest in the property subject to forfeiture and want to contest the forfeiture, you must file a verified claim which fulfills the requirements set forth in Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. The verified claim must be filed no later than 35 days from the date this complaint is sent in accordance with Rule G(4)(b).

An answer or a motion under Fed. R. Civ. P. 12 must be filed no later than 21 days after filing the claim. The claim and answer must be filed with the United States District Clerk for the

Southern District of Texas and a copy must be served upon the undersigned Assistant United States Attorney at the address provided in this complaint.

## **PRAYER**

WHEREFORE, the United States of America prays:

1. Summons issue according to the normal procedure of this Court, citing all persons having an interest in the above-described Defendant Vehicle to appear on the return day of process by filing a claim and answer pursuant to Rule G, Supplemental Rules for Certain Admiralty and Maritime Claims, or as ordered by the Court;

2. That judgment of forfeiture to the United States be decreed against the Defendant Property; and

3. For costs and such other and further relief to which the United States may be entitled.

Respectfully submitted,

JENNIFER B. LOWERY
UNITED STATES ATTORNEY

BY: /s/ Yoona Lim
    Yoona Lim
    Assistant United States Attorney
    11204 McPherson Road, Suite 100A
    Laredo, Texas 78045-6576
    SDTX Admission: 3366895
    (956)723-6523
    Yoona.Lim@usdoj.gov

## VERIFICATION

I, Anna K. Abbot, Special Agent of the Drug Enforcement Administration (DEA) assigned to the Laredo, Texas office, declare under the penalty of perjury that I have read the foregoing Verified Complaint for Civil Forfeiture, and the facts stated in paragraphs four through fifteen of the Complaint are based upon my knowledge of the investigation and information obtained from other law enforcement personnel having personal knowledge of the investigation, and information I obtained in the course of my review of investigative reports and seized evidence. Those facts are true and correct to the best of my knowledge and belief.

_____
Anna K. Abbot, Special Agent
Drug Enforcement Administration (DEA)

Sworn to and subscribed before me, the undersigned authority, on the 12th day of July, 2022.

_____
Notary Public, State of Texas

ALICIA M. LAUREL
Notary Public, State of Texas
Comm. Expires 12-14-2025
Notary ID 11790957

My commission expires: 12-14-25.

